FILED
 2014 Aug-29  PM 02:55
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# EXHIBIT A

## CONSENT TO BECOME A PARTY PLAINTIFF

I, **ROBIN MERKERSON**, a current or former employee of Birmingham Health Care, Inc., consent to joining a lawsuit to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) which has been or will be filed against Birmingham Health Care, Inc.

*Robin E. Merkerson*
Signature