# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBIN MERKERSON, | ) | |
| Plaintiff; | ) | |
| vs. | ) | 2:14-cv-01678-LSC |
| BIRMINGHAM HEALTH CARE, INC., | ) | |
| Defendant. | ) | |

## ORDER

The Court has approved the settlement agreement in this case, as explained in the separately entered Memorandum of Opinion. Therefore, the joint motion for approval of settlement (Doc. 14) is GRANTED. The above case is DISMISSED with prejudice. The case may be reopened within thirty (30) days for good cause. Costs are taxed as paid.

Done this 19th day of May 2015.



L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
177822